BEFORE THE FIRST DIVISION, MAY 22, 1961

No. 65656.—Joseph Markovits, Inc. *v.* United States, protest 58/19688 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.